ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
Michael A. Geibelson, Bar No. 179970
MAGeibelson@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
Matthew D. Taggart, Bar No. 227482
MDTaggart@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:   310-552-0130
Facsimile:   310-229-5800

Attorneys for Plaintiffs
BEST BUY CO., INC.; BEST BUY PURCHASING
LLC; BEST BUY ENTERPRISE SERVICES, INC.;
BEST BUY STORES, L.P. and MAGNOLIA HI-FI,
INC.

*IT IS SO ORDERED* — Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. M 07-1827 SI<br>MDL No. 1827 |
| This Document Relates to Individual Case No. 3:10-cv-4572-SI:<br><br>BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P., MAGNOLIA HI-FI, INC.,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>AU OPTRONICS CORP.; AU OPTRONICS CORPORATION AMERICA; CHI MEI CORP.; CHI MEI OPTOELECTRONICS CORP.; CHI MEI OPTOELECTRONICS, USA, INC.; CHUNGHWA PICTURE TUBES, LTD.; CMO JAPAN CO., LTD.; EPSON ELECTRONICS AMERICA, INC.; EPSON IMAGING DEVICES CORPORATION; HANNSTAR | Case No. 3:10-CV-4572 SI<br><br>The Honorable Susan Y. Illston<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

82009384.1

NOTICE OF DISMISSAL WITHOUT
PREJUDICE – CASE NO. 3:10-CV-4572-SI
MASTER CASE NO. 3:07-MD-1827-SI

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | DISPLAY CORP; HITACHI DISPLAYS, LTD.; HITACHI ELECTRONIC DEVICES (USA), INC.; HITACHI, LTD.; KONINKLIJKE PHILIPS ELECTRONICS N.V. (aka ROYAL PHILIPS ELECTRONICS N.V. or ROYAL PHILIPS ELECTRONICS INC.); LG DISPLAY CO., LTD., LG DISPLAY AMERICA, INC.; LG ELECTRONICS U.S.A., INC.; LG ELECTRONICS, INC.; NEXGEN MEDIATECH USA, INC.; NEXGEN MEDIATECH, INC.; PHILIPS ELECTRONICS NORTH AMERICA CORP.; SEIKO EPSON CORPORATION; SHARP CORP.; SHARP ELECTRONICS CORP.; TATUNG COMPANY OF AMERICA, INC.,<br><br>              Defendants. | |

NOTICE IS HEREBY GIVEN that Plaintiffs BEST BUY CO., INC., BEST BUY PURCHASING LLC, BEST BUY ENTERPRISE SERVICES, INC., BEST BUY STORES, L.P., and MAGNOLIA HI-FI, INC.*,* pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby dismiss, without prejudice, their action against Chi Mei Corporation, Nexgen Mediatech USA, Inc. and Nexgen Mediatech, Inc. ("Dismissed Defendants"). The Dismissed Defendants have not filed an answer to the complaint or a motion for summary judgment.

DATED: February 15, 2011              **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:   /s/   David Martinez
       Roman M. Silberfeld, 62783
       Michael A. Geibelson, 179970
       David Martinez, 193183
       Matthew D. Taggart, 227483

**ATTORNEYS FOR PLAINTIFFS BEST BUY CO., INC., BEST BUY PURCHASING LLC, BEST BUY ENTERPRISE SERVICES, INC., BEST BUY STORES, L.P. AND MAGNOLIA HI-FI, INC.**

82009384.1       - 2 -       NOTICE OF DISMISSAL WITHOUT PREJUDICE – CASE NO. 3:10-CV-4572-SI
MASTER CASE NO. 3:07-MD-1827-SI