1  GIBSON, DUNN & CRUTCHER LLP
   JOEL S. SANDERS, SBN 107234
2  jsanders@gibsondunn.com
   RACHEL S. BRASS, SBN 219301
3  rbrass@gibsondunn.com
   AUSTIN V. SCHWING, SBN 211696,
4  aschwing@gibsondunn.com
   555 Mission Street, Suite 3000
5  San Francisco, CA 94105
   Telephone: (415) 393-8200
6  Facsimile: (415) 986-5309

7  Attorneys for Defendant
   TATUNG COMPANY OF AMERICA, INC.
8
   **[Additional moving parties and counsel**
9  **listed on signature page]**

10
                       UNITED STATES DISTRICT COURT
11
                     NORTHERN DISTRICT OF CALIFORNIA
12
                            SAN FRANCISCO DIVISION
13

14

15 | In re TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | CASE No. 3:10-cv-04572 SI |

16 | This Document Relates to: | MDL No. 3:07-MD-1827 SI |

17 | *Best Buy Co., Inc., et al. v. AU Optronics Corp., et al.*, No. 3:10-cv-04572 SI |
18 | | **STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST TATUNG COMPANY OF AMERICA, INC. WITHOUT PREJUDICE** |
19
20
21
22

23

24

25

26

27

28

                                                              MASTER DOCKET NO.
                                                              07-M-1827 SI

STIPULATION AND PROPOSED ORDER FOR VOLUNTARY DISMISSAL OF PLAINTIFFS' CLAIMS WITHOUT PREJUDICE

Defendant Tatung Company of America, Inc. ("Tatung America") and Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com L.L.C., and Magnolia Hi-Fi, Inc. ("Plaintiffs") stipulate as follows:

1. Plaintiff's claims against Tatung America are hereby dismissed without prejudice.
2. Both Plaintiff and Tatung America are to bear their own costs and fees.
3. This stipulation does not affect the rights or claims of Plaintiffs against any other defendant or alleged co-conspirator in the above-captioned case.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: December 19, 2012

By: */s/ David Martinez*

Roman M. Silberfeld, SBN 62783
David Martinez, SBN 193183
ROBINS, KAPLAN MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-58001
Telephone: (213) 443-5582
Facsimile: (213) 622-2690

Counsel for Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Magnolia Hi-Fi, Inc.

*/s/ Rachel S. Brass*

GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
jsanders@gibsondunn.com
RACHEL S. BRASS, SBN 219301,
rbrass@gibsondunn.com
AUSTIN V. SCHWING, SBN 211696,
aschwing@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-2933
Telephone: 415.393.8200

Facsimile: 415.393.8306

*Attorneys for Defendant Tatung Company Of America, Inc.*

**Pursuant to Civil L.R. 5-1, the filer attests that concurrence in the filing of this document has been obtained from the other signatory.**

# [PROPOSED] ORDER

The Court, having considered the stipulation of the parties, and good cause appearing, orders as follows:

1. The action filed by Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., and Magnolia Hi-Fi, Inc. TracFone Wireless, Inc. ("Plaintiffs") is dismissed without prejudice as against Defendant Tatung Company of America, Inc. ("Tatung America") pursuant to Federal Rule of Civil Procedure 41(a)(2).

2. Each of the parties shall bear its own costs and attorneys' fees.

3. This order does not affect the rights or claims of Plaintiffs against any other defendant or alleged co-conspirator in the above-captioned cases.

**IT IS SO ORDERED.**

Dated: __December 20__, 2012

_____
Hon. Susan Y. Illston
United States District Judge