CHRISTOPHER A. NEDEAU (CA SBN 81297)
CARL L. BLUMENSTEIN (CA SBN 124158)
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:    (415) 398-3600
Facsimile:     (415) 398-2438
cnedeau@nossaman.com
cblumenstein@nossaman.com

Attorneys for Defendants
AU OPTRONICS CORPORATION and
AU OPTRONICS CORPORATION AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No: 3:07-md-1827 SI<br>MDL No. 1827 |
| This Document Relates to:<br><br>*Best Buy v. AU Optronics Corporation, et al.*, Case No. 3:10-cv-04572<br><br>*Best Buy v. Toshiba Corporation, et al.*, Case No. 3:12-cv-04114<br><br>*Eastman Kodak Company v. Epson Imaging Devices Corp., et al.*, Case No. 3:10-cv-05452<br><br>*Target Corp., et al., v. AU Optronics Corporation, et al.*, Case No. 3:10-cv-04945 | **STIPULATION AND [~~PROPOSED~~] ORDER TO SHORTEN TIME FOR HEARING ON MOTION FOR SEPARATE TRIAL**<br><br>Date:     July 9, 2013<br>Time:    3:30 p.m.<br>Place:    Courtroom 10, 19th Floor<br>Judge:   Hon. Susan Illston |

WHEREAS Defendants AU Optronics Corporation and AU Optronics Corporation America (collectively "the AUO defendants") intend to file a Motion for Separate Trial of the above-captioned *Eastman Kodak* action and seek to have said motion heard at the Final Pretrial Conference scheduled for July 9, 2013;

WHEREAS, counsel for the AUO defendants have met and conferred with counsel for all remaining parties in the above-captioned actions with regard to a hearing date and briefing schedule for that motion;

THEREFORE, IT IS HEREBY STIPULATED between counsel for the plaintiffs and defendants, and subject to the concurrence of the Court, that:

1. The AUO defendants' Motion for a Separate Trial will be heard at ~~3:30 p.~~ 10:00 m. on July 9, 2013.

2. Opposition papers shall be filed no later than July ~~7~~ 5, 2013 and any reply papers shall be filed no later than noon on July ~~8~~, 2013.

Respectfully submitted,

Dated:  June 19, 2013    **NOSSAMAN LLP**

By:   */s/ Carl L. Blumenstein*
              Carl L. Blumenstein

Attorneys for Defendants AUO Optronics Corporation and AUO Optronics Corporation America

Dated:  June 19, 2013    **CROWELL & MORING LLP**

By:   */s/ Jerome A. Murphy*
              Jerome A. Murphy

Attorneys for Plaintiffs Target Corporation; Sears, Roebuck & Co.; Kmart Corp.; RadioShack Corp.; Old Comp, Inc.; Newegg, Inc.; and Good Guys Inc.

Dated:  June 19, 2013    **NIXON PEABODY LLP**

By:   */s/ John R. Foote*
              John R. Foote

Attorneys for Plaintiff Eastman Kodak Company

Dated:  June 19, 2013    **ROBINS KAPLAN MILLER & CIRESI LLP**

By:   */s/Roman M. Silberfeld*
              Roman M. Silberfeld

Attorneys for Plaintiffs Best Buy Co., Inc.; Best Buy Purchasing LLC; Best Buy Enterprise Services, Inc.; Best Buy Stores, L.P.; Bestbuy.com, LLC; and Magnolia Hi-Fi, Inc.

Dated:  June 19, 2013          **FREITAS TSENG & KAUFMAN LLP**

By: _____*/s/ Robert E. Freitas*_____
             Robert E. Freitas

Attorneys for Defendant
HannStar Display Corporation

Dated:  June 19, 2013          **MUNGER, TOLLES & OLSON LLP**

By _____*/s/ Brad Brian*_____
             Brad Brian

Attorneys for Defendants LG Display America, Inc.
and LG Display Co. Ltd.

Dated:  June 19, 2013          **WHITE & CASE LLP**

By _____*/s/ Christopher M. Curran*_____
             Christopher M. Curran

Attorneys for Toshiba Corporation, Toshiba
Mobile Display Co., Ltd., Toshiba America
Electronic Components, Inc. and Toshiba
America Information Systems, Inc.

**ATTESTATION**:  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

**O R D E R**

IT IS SO ORDERED.    AS AMENDED

Dated:  6/20/13                  _____
                                 The Honorable Susan Illston
                                 United States District Court Judge