ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Roman M. Silberfeld, Bar No. 62783
RMSilberfeld@rkmc.com
David Martinez, Bar No. 193183
DMartinez@rkmc.com
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  310-552-0130
Facsimile:   310-229-5800

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
Elliot S. Kaplan (*Pro Hac Vice*)
ESKaplan@rkmc.com
K. Craig Wildfang (*Pro Hac Vice*)
KCWildfang@rkmc.com
Laura E. Nelson, Bar No. 231856
LENelson@rkmc.com
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN  55402
Telephone:  612-349-8500
Facsimile:   612-339-4181

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 07-MD-1827 SI<br>MDL No. 1827 |
| THIS DOCUMENT RELATES TO: | Case No. 3:10-CV-4572 SI<br>The Honorable Susan Illston |
| *Best Buy Co., Inc. v. AU Optronics Corp., et al.*, No.: 3:10-CV-4572-SI | **STIPULATION AND [PROPOSED] ORDER** |

The undersigned counsel, on behalf of Plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C. and Magnolia Hi-Fi, Inc. (collectively, the "Best Buy Plaintiffs") and Defendant Chunghwa Picture Tubes, Ltd. ("CPT" and together with the Best Buy Plaintiffs, the "Settling Parties"), hereby stipulate and agree as follows:

Case No. 3:10-CV-4572 SI
Master Case No. 3:07-MD-1827-SI                                    STIPULATION AND [PROPOSED] ORDER

1  WHEREAS, the Settling Parties have entered into a comprehensive confidential written
2  settlement agreement calling for, *inter alia*, dismissal of the above-captioned case with respect to
3  CPT (the "Settlement Agreement");

4  WHEREAS, as a result of the Settlement Agreement, CPT will not be participating in
5  further pretrial proceedings or the trial scheduled to commence on July 22, 2013 in the above
6  captioned case (the "Trial");

7  WHEREAS, the Settlement Agreement provides that certain of its terms will be fulfilled
8  by CPT after the commencement of the Trial;

9  WHEREAS, the Settling Parties agree that it is proper to defer any trial of the claims in
10 the above-captioned case as to CPT only to the Track 2 case schedule in *In re TFT-LCD (Flat
11 Panel) Antitrust Litigation*, Case No. 07-m-1827 SI, MDL No. 1827 (N.D. Cal. Mar. 22, 2013)
12 (Doc. No. 7665) (the "Track 2 Schedule"), in order to permit CPT to fulfill the terms of the
13 Settlement Agreement; and

14 WHEREAS, the above-captioned case will be dismissed with prejudice as to CPT upon
15 fulfillment of the terms of the Settlement Agreement by CPT.

16 NOW THEREFORE, IT IS HEREBY STIPULATED by the undersigned counsel on
17 behalf of the Settling Parties that the above-captioned case as to CPT only be moved to the Track
18 2 Schedule for trial purposes while the terms of the Settlement Agreement are fulfilled by CPT.

19 **IT IS SO STIPULATED.**

21 Dated: July 3, 2013           **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

                               By:   /s/ David Martinez
                                     Roman M. Silberfeld
                                     David Martinez

                               Attorneys For Plaintiffs
                               BEST BUY CO., INC.; BEST BUY PURCHASING
                               LLC; BEST BUY ENTERPRISE SERVICES, INC.;
                               BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.;
                               and MAGNOLIA HI-FI, INC.

Dated: July 3, 2013

**GIBSON, DUNN & CRUTCHER LLP**

By: /s/ Rachel S. Brass
    Joel S. Sanders
    Rachel S. Brass

Attorneys for Defendant
CHUNGHWA PICTURE TUBES, LTD.

**IT IS SO ORDERED.**

Dated: _____, 2013      _____
                                                       The Honorable Susan Illston
                                                       UNITED STATES DISTRICT COURT JUDGE