1  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
   Roman M. Silberfeld, Bar No. 62783
2  RMSilberfeld@rkmc.com
   David Martinez, Bar No. 193183
3  DMartinez@rkmc.com
   2049 Century Park East, Suite 3400
4  Los Angeles, CA  90067-3208
   Telephone:  310-552-0130
5  Facsimile:   310-229-5800

6  ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
   Elliot S. Kaplan (*Pro Hac Vice*)
7  ESKaplan@rkmc.com
   K. Craig Wildfang (*Pro Hac Vice*)
8  KCWildfang@rkmc.com
   Laura E. Nelson, Bar No. 231856
9  LENelson@rkmc.com
   800 LaSalle Avenue
10 2800 LaSalle Plaza
   Minneapolis, MN  55402
11 Telephone:  612-349-8500
   Facsimile:   612-339-4181
12
   Attorneys for Plaintiffs
13

14                **UNITED STATES DISTRICT COURT**

15                **NORTHERN DISTRICT OF CALIFORNIA**

16

| 17  IN RE TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | Master File No. 07-MD-1827 SI<br>MDL No. 1827 |
|---|---|
| 18 | |
| 19  THIS DOCUMENT RELATES TO: | Case No. 3:10-CV-4572 SI |
| 20 | The Honorable Susan Illston |
| 21  *Best Buy Co., Inc. v. AU Optronics Corp., et al.*,<br>No.: 3:10-CV-4572-SI | **STIPULATION AND [PROPOSED] ORDER** |

22

23

24      The undersigned counsel, on behalf of Plaintiffs Best Buy Co., Inc., Best Buy Purchasing

25 LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., BestBuy.com, L.L.C. and

26 Magnolia Hi-Fi, Inc. (collectively, the "Best Buy Plaintiffs") and Defendant Chunghwa Picture

27 Tubes, Ltd. ("CPT" and together with the Best Buy Plaintiffs, the "Settling Parties"), hereby

28 stipulate and agree as follows:

---

Case No. 3:10-CV-4572 SI
Master Case No. 3:07-MD-1827-SI                              STIPULATION AND [PROPOSED] ORDER

1  WHEREAS, the Settling Parties have entered into a comprehensive confidential written settlement agreement calling for, *inter alia*, dismissal of the above-captioned case with respect to CPT (the "Settlement Agreement");

WHEREAS, as a result of the Settlement Agreement, CPT will not be participating in further pretrial proceedings or the trial scheduled to commence on July 22, 2013 in the above captioned case (the "Trial");

WHEREAS, the Settlement Agreement provides that certain of its terms will be fulfilled by CPT after the commencement of the Trial;

WHEREAS, the Settling Parties agree that it is proper to defer any trial of the claims in the above-captioned case as to CPT only to the Track 2 case schedule in *In re TFT-LCD (Flat Panel) Antitrust Litigation*, Case No. 07-m-1827 SI, MDL No. 1827 (N.D. Cal. Mar. 22, 2013) (Doc. No. 7665) (the "Track 2 Schedule"), in order to permit CPT to fulfill the terms of the Settlement Agreement; and

WHEREAS, the above-captioned case will be dismissed with prejudice as to CPT upon fulfillment of the terms of the Settlement Agreement by CPT.

NOW THEREFORE, IT IS HEREBY STIPULATED by the undersigned counsel on behalf of the Settling Parties that the above-captioned case as to CPT only be moved to the Track 2 Schedule for trial purposes while the terms of the Settlement Agreement are fulfilled by CPT.

**IT IS SO STIPULATED.**

Dated: July 3, 2013       **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:  /s/ David Martinez
     Roman M. Silberfeld
     David Martinez

Attorneys For Plaintiffs
BEST BUY CO., INC.; BEST BUY PURCHASING LLC; BEST BUY ENTERPRISE SERVICES, INC.; BEST BUY STORES, L.P.; BESTBUY.COM, L.L.C.; and MAGNOLIA HI-FI, INC.

Dated: July 3, 2013

**GIBSON, DUNN & CRUTCHER LLP**

By:   /s/ Rachel S. Brass
       Joel S. Sanders
       Rachel S. Brass

Attorneys for Defendant
CHUNGHWA PICTURE TUBES, LTD.

**IT IS SO ORDERED.**

Dated:  7/8  , 2013

_____
The Honorable Susan Illston
UNITED STATES DISTRICT COURT JUDGE

Case No. 3:10-CV-4572 SI
Master Case No. 3:07-MD-1827-SI         - 3 -         STIPULATION AND [PROPOSED] ORDER