ROBERT E. FREITAS (SBN 80948)
  rfreitas@ftklaw.com
JASON S. ANGELL (SBN 221607)
  jangell@ftklaw.com
JESSICA N. LEAL (SBN 267232)
  jleal@ftklaw.com
FREITAS TSENG & KAUFMAN LLP
100 Marine Parkway, Suite 200
Redwood Shores, California  94065
Telephone:     (650) 593-6300
Facsimile:      (650) 593-6301

Attorneys for Defendant
HannStar Display Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. 3:07-md-1827-SI <br><br> **MDL No. 1827** |
| *Best Buy Co., Inc., et al. v. AU Optronics Corp., et al.,* No. 10-cv-4572 SI <br><br> *Best Buy, et al. v. Toshiba, et al.,* No. 12-cv-4114 SI | **DEFENDANTS' OBJECTION TO BEST BUY REBUTTAL ARGUMENT CONCERNING DOWNSTREAM PASS ON AND REQUEST FOR INSTRUCTION** <br><br> Judge:  Hon. Susan Illston |

During his rebuttal closing argument on August 29, 2013, Mr. Silberfeld suggested to the jury that, based on the Court's instructions, average downstream pass on rates are not legally sufficient. Mr. Silberfeld made the following comments:

> Mr. Freitas criticized Dr. Frankel. Criticized Dr. Frankel for not doing an average downstream pass-on analysis. And what I would ask you to look at, because words matter, is the difference between the two instructions that you will have about damages.
>
> So, for the federal claim, which is called Federal Damages - No Pass-On instruction, or No Pass-On Consideration, the instruction says you can use an average to find an overcharge.
>
> When you get to the state pass-on instruction that I read to you earlier about the Defendants having the burden of proof, you will not see the word "average" anywhere. And there's a reason for that. Averages don't give you, in the retail setting, a useable answer. And that's the essence of Dr. Frankel's testimony, to which Dr. Snyder grudgingly agreed.

Trial Tr. 3503:1-15. While the argument is not entirely coherent, and is utterly false to the extent it suggests that Dean Snyder "agreed" that there is anything that is not "usable" about an average downstream pass on analysis, there is a problem that goes beyond simple factual inaccuracy. Mr. Silberfeld's argument improperly suggests that, as a legal matter, an average downstream pass on calculation is not "usable."

There is no basis in the law for this suggestion, and no other reason to call the jury's attention to a wording difference in the Court's instructions. Defendants seek a corrective instruction to address the misimpression that might have been caused by Mr. Silberfeld's comments. Defendants request that the jury be instructed before further deliberations that an average provides a legally sufficient basis for a pass on calculation if supported by the evidence.

Dated:  September 3, 2013                                    FREITAS TSENG & KAUFMAN LLP

   */s/ Jason S. Angell*
   Jason S. Angell
   Attorneys for Defendant
   HannStar Display Corporation

- 2 -

DEFENDANTS' OBJECTION TO BEST BUY'S REBUTTAL ARGUMENT CONCERNING DOWNSTREAM PASS ON AND REQUEST FOR INSTRUCTION − NO. 07-MD-1827 SI

Dated: September 3, 2013

**WHITE & CASE**

By: */s/ Christopher M. Curran*

Christopher M. Curran (*pro hac vice*)
Email: ccurran@whitecase.com
J. Mark Gidley (*pro hac vice*)
Email: mgidley@whitecase.com
Martin M. Toto (*pro hac vice*)
Email: mtoto@whitecase.com
John H. Chung (*pro hac vice*)
Email: jchung@whitecase.com
1155 Avenue of the Americas
New York, NY 10036
Telephone:(212) 819-8200
Facsimile: (212) 354-8113

*Attorneys for Toshiba Corporation, Toshiba Mobile Display Co., Ltd., Toshiba America Electronic Components, Inc. and Toshiba America Information Systems, Inc.*

- 3 -

DEFENDANTS' OBJECTION TO BEST BUY'S REBUTTAL ARGUMENT CONCERNING DOWNSTREAM PASS ON AND REQUEST FOR INSTRUCTION − NO. 07-MD-1827 SI