**ROBINS, KAPLAN, MILLER & CIRESI** L.L.P.

SUITE 3400
2049 CENTURY PARK EAST
LOS ANGELES, CA 90067-3208
TEL: 310-552-0130 FAX: 310-229-5800
www.rkmc.com

ATTORNEYS AT LAW

Michael A. Geibelson
MAGeibelson@rkmc.com
310-229-5823

<u>**VIA CM/ECF**</u>

September 26, 2013

Tracy Kasamoto
Clerk to the Honorable Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
Courtroom 10, 19th Floor
San Francisco, CA 94102-3483

    Re: *In Re TFT-LCD Antitrust Litigation*, Case No. 07-md-1827-SI
          *Best Buy Co., Inc. v. AU Optronics Corp., et al.*, Case No. 10-cv-4572-SI

To This Honorable Court:

    On September 18, 2013, Plaintiff Best Buy Stores, L.P. lodged with the Court an Exhibit A to the Declaration of Michael Geibelson (Doc. 8610-2) which plaintiff sought to have filed under seal pursuant to the Application to Seal supported by the Declaration of Roman Silberfeld (Doc. 8609).

    On September 24, 2013, the Court granted the application to seal and accepted the Exhibit A for filing under seal (Doc. 8618). It has come to plaintiff's attention that the printed version of the spreadsheet filed with the Court under seal omitted the dates of the time entries for which fees are claimed on plaintiff's motion (Doc. 8610) as a result of the Print Area being inadvertently incorrectly set in the Microsoft Excel program used to create the spreadsheet.

    The version of the spreadsheet being filed under seal pursuant to the Court's September 24, 2013 Order (Doc. 8618) replicates the spreadsheet previously lodged under seal with the sole addition of the dates of the time entries inadvertently omitted from the original spreadsheet lodged with the Court, and which spreadsheet with the included dates has previously been provided to counsel for HannStar in native (Excel) and pdf formats.

                                           Respectfully submitted,

*[handwritten: La Donna Bryant-Wilson (Asst. to Michael Geibelson) for, and at the request of,]*

                                           Michael A. Geibelson
                                           Counsel for Plaintiffs (Best Buy)