ROBERT E. FREITAS (SBN 80948)
  rfreitas@ftklaw.com
JASON S. ANGELL (SBN 221607)
  jangell@ftklaw.com
JESSICA N. LEAL (SBN 267232)
  jleal@ftklaw.com
FREITAS TSENG & KAUFMAN LLP
100 Marine Parkway, Suite 200
Redwood Shores, California 94065
Telephone:    (650) 593-6300
Facsimile:    (650) 593-6301

Attorneys for Defendant
HannStar Display Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. 3:07-md-1827-SI<br><br>**MDL No. 1827** |
| *Best Buy Co., Inc., et al. v. AU Optronics Corp., et al.,* No. 10-cv-4572 SI | **STIPULATION AND [PROPOSED] ORDER REGARDING HANNSTAR DISPLAY CORPORATION'S *EX PARTE* MOTION FOR A BRIEFING SCHEDULE PURSUANT TO FED. R. CIV. P. 6(B) AND CIV. L.R. 6-1 (B), 6-3(A), 7-10** |

| | |
|---|---|
| 1 | WHEREAS plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise |
| 2 | Services, Inc., Best Buy Stores, L.P., Best Buy.com, L.L.C., and Magnolia Hi-Fi, Inc. ("Best |
| 3 | Buy") filed their Motion for Fees and Costs (MDL Dkt. No. 8610) and Bill of Costs (MDL Dkt. |
| 4 | No. 8612) on September 18, 2013; |

WHEREAS plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise Services, Inc., Best Buy Stores, L.P., Best Buy.com, L.L.C., and Magnolia Hi-Fi, Inc. ("Best Buy") filed their Motion for Fees and Costs (MDL Dkt. No. 8610) and Bill of Costs (MDL Dkt. No. 8612) on September 18, 2013;

WHEREAS defendant HannStar Display Corporation ("HannStar") filed its *Ex Parte* Motion for a Briefing Schedule Pursuant to Fed. R. Civ. P. 6(B) and Civ. L.R. 6-1(B), 6-3(A), 7-10 (MDL Dkt. No. 8624) on September 26, 2013;

WHEREAS counsel for HannStar and counsel for Best Buy have met and conferred and agreed that an extension of certain current deadlines related to Best Buy's motion for fees and costs and bill of costs would be appropriate;

WHEREAS the Court set a November 15, 2013 hearing date for the following motions in this case: HannStar's Notice of Motion and Motion to Vacate Judgment Pursuant to Fed.R.Civ.P. 60(b) (MDL Dkt. No. 8608); Best Buy's Notice of Motion and Memorandum in Support of Motion for Attorneys Fees and Costs (MDL Dkt. No. 8610); and Best Buy's Motion to Amend the September 4, 2013 Judgment Against HannStar to Reflect Treble Damages (MDL Dkt. No. 8611); and

WHEREAS the proposed extension for an approximate two-week deadline revision regarding Best Buy's motion for fees and costs and bill of costs will result in all submissions being filed eleven days in advance of the hearing scheduled on November 15, 2013.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

- 1 -

THEREFORE, IT IS HEREBY STIPULATED between Best Buy and HannStar, and subject to the concurrence of the Court, that following schedule be adopted:

| Event | Due |
|---|---|
| HannStar opposition to Best Buy fee and cost motion | October 16, 2013 |
| HannStar opposition to Best Buy bill of costs | October 21, 2013 |
| Best Buy reply to HannStar opposition to Best Buy fee and cost motion | October 30, 2013 |
| Best Buy reply to HannStar opposition to Best Buy bill of costs | November 4, 2013 |
| Hearing on Best Buy fee and cost motion | November 15, 2013 (or according to availability of the Court) |

**IT IS SO ORDERED.**


Dated: _____, 2013         _____
                                        Honorable Susan Illston
                                        United States District Court Judge

- 2 -

STIPULATION AND [PROPOSED] ORDER REGARDING
*EX* PARTE MOTION FOR A BRIEFING SCHEDULE
NO. 07-MD-1827 SI; NO. 10-CV-4572 SI

| | | |
|---|---|---|
| Dated: September 26, 2013 | | FREITAS TSENG & KAUFMAN LLP |

*/s/Jason S. Angell*
Jason S. Angell

Attorneys for Defendant
HannStar Display Corporation

Dated: September 26, 2013					ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

*/s/Michael A. Geibelson*
Michael A. Geibelson

Attorneys for Plaintiffs
Best Buy Co., Inc.; Best Buy Purchasing LLC;
Best Buy Enterprise Services, Inc.; Best Buy Stores,
L.P.; BestBuy.com, L.L.C.; and Magnolia Hi-Fi, Inc.

**ATTESTATION**

I, Jason S. Angell, am the ECF User whose ID and password are being used to file the **STIPULATION AND [PROPOSED] ORDER REGARDING HANNSTAR DISPLAY CORPORATION'S *EX PARTE* MOTION FOR A BRIEFING SCHEDULE PURSUANT TO FED. R. CIV. P. 6(B) AND CIV. L.R. 6-1 (B), 6-3(A), 7-10**. I attest that, pursuant to United States District Court, Northern District of California Civil L.R. 5-1(i)(3) and General Order 45, concurrence in the filing of this document has been obtained from Counsel for Plaintiffs. I declare under penalty of perjury that the foregoing is true and correct.

*/s/Jason S. Angell*
Jason S. Angell

- 3 -

STIPULATION AND [PROPOSED] ORDER REGARDING
*EX* PARTE MOTION FOR A BRIEFING SCHEDULE
NO. 07-MD-1827 SI; NO. 10-CV-4572 SI