1  ROBERT E. FREITAS (SBN 80948)
      rfreitas@ftklaw.com
2  JASON S. ANGELL (SBN 221607)
      jangell@ftklaw.com
3  JESSICA N. LEAL (SBN 267232)
      jleal@ftklaw.com
4  FREITAS TSENG & KAUFMAN LLP
   100 Marine Parkway, Suite 200
5  Redwood Shores, California 94065
   Telephone:    (650) 593-6300
6  Facsimile:    (650) 593-6301

7  Attorneys for Defendant
   HannStar Display Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: TFT-LCD (FLAT PANEL) ANTITRUST LITIGATION | No. 3:07-md-1827-SI<br><br>**MDL No. 1827** |
| *Best Buy Co., Inc., et al. v. AU Optronics Corp., et al.,* No. 10-cv-4572 SI | **STIPULATION AND [P~~ROPOSED~~] ORDER REGARDING HANNSTAR DISPLAY CORPORATION'S *EX PARTE* MOTION FOR A BRIEFING SCHEDULE PURSUANT TO FED. R. CIV. P. 6(B) AND CIV. L.R. 6-1 (B), 6-3(A), 7-10** |

| | |
|---|---|
| 1 | WHEREAS plaintiffs Best Buy Co., Inc., Best Buy Purchasing LLC, Best Buy Enterprise |
| 2 | Services, Inc., Best Buy Stores, L.P., Best Buy.com, L.L.C., and Magnolia Hi-Fi, Inc. ("Best |
| 3 | Buy") filed their Motion for Fees and Costs (MDL Dkt. No. 8610) and Bill of Costs (MDL Dkt. |
| 4 | No. 8612) on September 18, 2013; |
| 5 | WHEREAS defendant HannStar Display Corporation ("HannStar") filed its *Ex Parte* |
| 6 | Motion for a Briefing Schedule Pursuant to Fed. R. Civ. P. 6(B) and Civ. L.R. 6-1(B), 6-3(A), 7- |
| 7 | 10 (MDL Dkt. No. 8624) on September 26, 2013; |
| 8 | WHEREAS counsel for HannStar and counsel for Best Buy have met and conferred and |
| 9 | agreed that an extension of certain current deadlines related to Best Buy's motion for fees and |
| 10 | costs and bill of costs would be appropriate; |
| 11 | WHEREAS the Court set a November 15, 2013 hearing date for the following motions in |
| 12 | this case: HannStar's Notice of Motion and Motion to Vacate Judgment Pursuant to Fed.R.Civ.P. |
| 13 | 60(b) (MDL Dkt. No. 8608); Best Buy's Notice of Motion and Memorandum in Support of |
| 14 | Motion for Attorneys Fees and Costs (MDL Dkt. No. 8610); and Best Buy's Motion to Amend the |
| 15 | September 4, 2013 Judgment Against HannStar to Reflect Treble Damages (MDL Dkt. No. |
| 16 | 8611); and |
| 17 | WHEREAS the proposed extension for an approximate two-week deadline revision |
| 18 | regarding Best Buy's motion for fees and costs and bill of costs will result in all submissions |
| 19 | being filed eleven days in advance of the hearing scheduled on November 15, 2013. |
| 20 | / / / |
| 21 | / / / |
| 22 | / / / |
| 23 | / / / |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 | / / / |

- 1 -

STIPULATION AND [PROPOSED] ORDER REGARDING
*EX* PARTE MOTION FOR A BRIEFING SCHEDULE
NO. 07-MD-1827 SI; NO. 10-CV-4572 SI

THEREFORE, IT IS HEREBY STIPULATED between Best Buy and HannStar, and subject to the concurrence of the Court, that following schedule be adopted:

| Event | Due |
|---|---|
| HannStar opposition to Best Buy fee and cost motion | October 16, 2013 |
| HannStar opposition to Best Buy bill of costs | October 21, 2013 |
| Best Buy reply to HannStar opposition to Best Buy fee and cost motion | October 30, 2013 |
| Best Buy reply to HannStar opposition to Best Buy bill of costs | November 4, 2013 |
| Hearing on Best Buy fee and cost motion | November 15, 2013 (or according to availability of the Court) |

**IT IS SO ORDERED.**

Dated: 9/30, 2013

_____
Honorable Susan Illston
United States District Court Judge

- 2 -

STIPULATION AND [PROPOSED] ORDER REGARDING
*EX* PARTE MOTION FOR A BRIEFING SCHEDULE
NO. 07-MD-1827 SI; NO. 10-CV-4572 SI

| | |
|---|---|
| Dated: September 26, 2013 | FREITAS TSENG & KAUFMAN LLP |
| | */s/Jason S. Angell*<br>Jason S. Angell |
| | Attorneys for Defendant<br>HannStar Display Corporation |
| Dated: September 26, 2013 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| | */s/Michael A. Geibelson*<br>Michael A. Geibelson |
| | Attorneys for Plaintiffs<br>Best Buy Co., Inc.; Best Buy Purchasing LLC;<br>Best Buy Enterprise Services, Inc.; Best Buy Stores,<br>L.P.; BestBuy.com, L.L.C.; and Magnolia Hi-Fi, Inc. |

**ATTESTATION**

I, Jason S. Angell, am the ECF User whose ID and password are being used to file the **STIPULATION AND [PROPOSED] ORDER REGARDING HANNSTAR DISPLAY CORPORATION'S *EX PARTE* MOTION FOR A BRIEFING SCHEDULE PURSUANT TO FED. R. CIV. P. 6(B) AND CIV. L.R. 6-1 (B), 6-3(A), 7-10**. I attest that, pursuant to United States District Court, Northern District of California Civil L.R. 5-1(i)(3) and General Order 45, concurrence in the filing of this document has been obtained from Counsel for Plaintiffs. I declare under penalty of perjury that the foregoing is true and correct.

*/s/Jason S. Angell*
Jason S. Angell